# Rattet, Pasternak & Gordon-Oliver, LLP

**A LIMITED LIABILITY PARTNERSHIP**

*Attorneys at Law*

550 Mamaroneck Avenue
Harrison, New York 10528
(914) 381-7400
Fax: (914) 381-7406
www.rattetlaw.com

NY OFFICE
295 Madison Avenue, 19th Floor
New York, New York 10017
(212) 677-6900

**PLEASE REPLY TO HARRISON OFFICE**

LETTER FILED VIA ECF AND COURTESY
COPY BY GROUND COURIER

April 2, 2009

Hon. Judge Joseph F. Bianco
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re:     William Schumaker v. Robert White; Third Party Action
        Robert White v. Elemco Testing Co., Elemco Electrical Construction
        Co., Inc., and Elemco Industries, Inc. 09-Civ. 1266

Dear Honorable Judge:

Please be advised that the above-referenced matters were removed to the Bankruptcy Court pursuant to 28 U.S.C. Section 1452 and Bankruptcy Rule 9027. Therefore, pursuant to the Standing Order of Reference of the United States District Court for the Eastern District of New York, dated August 28, 1986 and nunc pro tunc as of July 10, 1984, a copy of which is attached, this case should be transferred to the Honorable Alan S. Trust, to be administered in conjunction with the Chapter 11 Proceedings of Elemco Testing Co., Elemco Electrical Construction Co., Inc., and Elemco Industries, Inc., which are administratively consolidated. The lead case is Elemco Testing Co., Inc., Case No. 08-76561 (ast).

Since the effect of this Order appears to be automatic, I do not believe that reply briefing should be necessary. In order to effectuate the transfer, out of abundance of caution I docketed the letter as a motion.

*Rattet, Pasternak & Gordon-Oliver, LLP*

April 2, 2009
Hon. Judge Joseph F. Bianco
United States District Court
Eastern District of New York
Page -2-

If you have any questions, please do not hesitate to contact the undersigned.

Respectfully,

James B. Glucksman
JBG
cc:     (VIA ECF and E-mail)
        Harry C. Demiris, Esq.
        Abrams Fensterman et. al.

        Eric R. Bernstein, Esq.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

## ADMINISTRATIVE ORDER #264

## JUDGE WEINSTEIN'S REFERRAL ORDER OF AUGUST 28, 1986

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-------------------------------X

   In the Matter

     of            ORDER

The Referral of Matters to the Bankruptcy
     Judges

-----------------------------X

   WHEREAS 28 U.S.C. § 157(a) provides that each district court may refer

any or all cases under Title 11 and any or all proceedings arising under

Title 11, or arising in or related to a case under Title 11, it is hereby

   ORDERED that all such cases and proceedings are hereby referred to

the Bankruptcy Judges for this District, and it is further

   ORDERED that this Order shall be given effect nunc pro tunc as of

July 10, 1984, and that the prior Orders of this Court dated July 12, 1984,

and August 7, 1984, relating to such referral of cases and proceedings are

hereby rescinded.

        FOR THE COURT:

        s/_____
        Jack B. Weinstein, Chief Judge
        United States District Court

DATED:  Brooklyn, New York
    August 28, 1986